UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE YARBROUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>OS RESTAURANT SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 25-cv-04887-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam, Jr., for consideration of whether the case is related to 4:23-cv-05845-HSG *Guerra v. OS Restaurant Services, LLC*.

**IT IS SO ORDERED.**

Dated: July 24, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**